IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS  FILED
CIVIL DIVISION                                    2013 JUN 14 PM 1 40

ANTHONY BROOME                                                    PLAINTIFF
                                                    GARLAND CO. CIRCUIT CLERK
VS.                   NO. CV-2013-472-I            BY _____

E-Z MART STORES, INC.                                            DEFENDANT
AFS:  The Corporation Company
      124 West Capitol, Suite 1900
      Little Rock, AR 72201

## COMPLAINT

Comes now the Plaintiff, by and through counsel, and for his Complaint against the Defendant, states:

I

At all times pertinent to this action, the Plaintiff was a citizen of the State of Arkansas and a resident of Garland County.

II

At all times pertinent to this action, the Defendant was a foreign corporation authorized and doing business in the State of Arkansas.

III

This is a tort action arising out of an accident which occurred in Saline County, Arkansas on September 2, 2012. Venue is proper in the Circuit Court of Garland County pursuant to Ark. Code §16-55-213(a)(3)(A), as it is the county in which the Plaintiff resides. This Court has jurisdiction over this tort action.


DEFENDANT'S EXHIBIT A

<u>COMPLAINT</u>                                             <u>Anthony Broome vs. E-Z Mart Stores, Inc.</u>

### IV

On September 2, 2012, the Plaintiff was a customer in the Defendant's store, which was open for business. This store of the Defendant is located at 1007 Military Road, Benton, Arkansas. At all times pertinent hereto, Plaintiff was an invitee on the premises.

On September 2, 2012, at approximately 6:30 a.m., the Plaintiff entered Defendant's store through the right hand door, made a purchase, and began to exit the store through the door opposite from the one through which he had entered. As Plaintiff began to exit the store, he stepped out the door and tripped over the mat in front of the door which had newspapers stacked underneath it, causing the Plaintiff to fall and suffer severe, painful, and permanent bodily injuries. The Defendant, by and through its employees, negligently allowed the area where Plaintiff fell to be dangerous by leaving the newspapers concealed under the mat just outside the ingress and egress to the store. The Defendant, by and through its employees, knew or by the exercise of ordinary and reasonable care, should have known that the aforesaid area where the mat was covering newspapers created a dangerous and hazardous condition, and the Defendant, by and through its employees, failed to exercise ordinary care to keep its premises in a reasonably safe condition for the safety of the Plaintiff and other persons who might come on to said premises. Furthermore, the Defendant, by and through its employees, negligently failed adequately and frequently to inspect its premises for Plaintiff's safety, and negligently failed to warn Plaintiff of the dangerous condition which existed on Defendant's premises.

COMPLAINT                                        Anthony Broome vs. E-Z Mart Stores, Inc.

## V

As a result of the aforesaid fall proximately caused by the negligence of the Defendant, by and through its employees, Plaintiff suffered severe, painful, and permanent bodily injuries. Because of the injuries suffered by the Plaintiff, he has incurred past medical expense and will incur future medical expense. Because of the negligence of the Defendant as aforesaid, proximately causing the Plaintiff to suffer the aforesaid severe, painful, and permanent bodily injuries, and further causing him to suffer great mental anguish and excruciating pain in the past and in the future, and further causing him to suffer a loss of earnings and earning capacity, and further causing him to incur travel and other incidental expenses, the Plaintiff has been damaged by the Defendant in a sum greater than federal court jurisdictional limits in diversity of citizenship cases.

WHEREFORE, Plaintiff prays judgment against the Defendant for a sum which will compensate him for his bodily injuries and other elements of damage, for his costs herein expended, and for all other just and proper relief.

Respectfully submitted,

LANE, MUSE, ARMAN & PULLEN
P.O. Box 758
Hot Springs, Arkansas 71902
Telephone: (501) 623-3356
Facsimile: (501) 624-1902

By_____
Sherri Arman McDonough
Arkansas Bar No. 95002
Attorney for Plaintiff